# United States District Court
# Eastern District of California

Nafisah Hernandez

Plaintiff(s)

V.

Walmart Inc., et al.,

Defendant(s)

Case Number: 2:24-cv-02892-DC-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Javier F. Flores, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Walmart Inc.

On 11/28/2006 (date), I was admitted to practice and presently in good standing in the Commonwealth of MA Supreme Judicial (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/31/2026 Signature of Applicant: /s/ Javier F. Flores

**Pro Hac Vice Attorney**

Applicant's Name: Javier F. Flores, Esq.

Law Firm Name: Dinsmore & Shohl LLP

Address: 101 Arch Street, Suite 1800

City: Boston State: MA Zip: 02110

Phone Number w/Area Code: (857) 305-6383

City and State of Residence: Boston, Massachusetts

Primary E-mail Address: javier.flores@dinsmore.com

Secondary E-mail Address: javier.f.flores@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Caroline Massey

Law Firm Name: Dinsmore & Shohl LLP

Address: 655 West Broadway, Suite 1800

City: San Diego State: CA Zip: 92101

Phone Number w/Area Code: (619) 400-0462 Bar # 299691

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 10, 2026

Dena Coggins
United States District Judge